**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7468**

_____

ANDRES JAVIER SANCHEZ,

        Plaintiff - Appellant,

    v.

DOMINIC MCLAIN; ROGER EDWARDS,

        Defendants – Appellees,

    and

CHARLES FELTS, Warden; KEVIN THOMPSON; K. M. WHITE; HARRELL
WATTS,

        Defendants.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.   Thomas E. Johnston,
District Judge. (5:07-cv-00355)

_____

Submitted:  March 15, 2012            Decided:  April 4, 2012

_____

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Andres Javier Sanchez, Appellant Pro Se.   J.  Christopher
Krivonyak, Assistant United States Attorney, Charleston, West
Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andres Javier Sanchez appeals from the district court's amended judgment order denying his summary judgment motions, denying Defendants' motion in limine as moot, and granting Defendants' motion to dismiss or, in the alternative, for summary judgment, on his claims against them, which the district court construed as claims brought pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and the Federal Tort Claims Act, 28 U.S.C.A. §§ 2671-2680 (West 2006 & Supp. 2011). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's amended judgment order. See Sanchez v. McLain, No. 5:07-cv-00355 (S.D. W. Va. Oct. 6, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED